77,934-04

From: MARCEL Collins NWAGWU

TOCJ No. 1593238

C.T. Terrell Unit

1300 FM 655

Rosharon, Texas 77583

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 29 2015

Abel Acosta, Clerk

To: Abel Acosta, Clerk

Texas Court of Criminal Appeals

P.O. Box 12308 Capitol Station

Austin, Texas 78711

RE: ExparTe, Marcel Collins Nwagwu

Tr ct. No. D-1-DC-07-904098 - C

Motion filing Lule 52.7 (b)

Dear Mr. Acosta,

Enclosed Please find Applicants Motion for
leave to file Supplement to Applicants Orig-
inal Traveles and Rebuttal Petition to
States Original Answer and Trial Courts
finding of facts and Recommentations with
Accompaning Motion and Exhibits (A)-(B).

Please file these papers and bring to
prompt Attention of the Judges of said
court. By copy of this Cover letter I
have forward a copy of this Motion to...

(1)

the Assistant District Attorney Rosa Theo Tanis
as indictated in certification of service.
I do greatly appreciate your time and
assistance in this matter and additionally
ask would you provide me a copy of this
cover letter with the date of filing for my
records. Thank you in advance.

Sincerely
Marcel Collins Nwagwu.

cc: filed
District Attorney office
Attn: Rosa Theo Tanis

(2)

In The Court of Criminal Appeals
of Texas

Ex parte

Marcel Collins Nwagwu

In The District Court
299th Judicial District
Travis County Texas

Applicant's Motion for Leave to file Supplement
to Applicants Original Travises And Rebuttal
Petition to STATES Original Answer And Trial
Courts finding of facts And Recommendation

To the Honorable Judges of said Court
Now comes Marcel Collins Nwagwu the Applicant
pro-se seeks to move this Court pursuant to
Texas rules of Appellate Procedures Rules.
72. And 52.7(b) to Supplement Applicants
Original habeas Travarse Response And Rebuttal
to STATES Original Answer to give And
Present additional facts for clarity of the
Courts finding of facts And Recommendation
And Order.

This Motion is submitted in good faith
And not done to harass or Unnecessarily
delay this Matter in any kinda way.

(1)

but done in the Interest of Justice and Fairness.

Wherefore premises are considered Applicant pray that this Court grant this Motion in All things and grant the relief this court deems Appropriate

So it is Prayed.

Respectfully Submitted

/s/ M. Nwaguru

Marcel Collins Nwaguru
TDCJ No. 1593238

Certification of Service

I declare by the penalty of perjury that the foregoing is true and correct. And served by placing the same in a U.S. Mail Box on The Terrell Unit Address to the listing below. Executed this 23rd day of April 2015

Rosa Theotanis
District Attorney Office
P.O Box. 1748
Austin, Texas 78767

/s/ M. Nwaguru

Marcel Collins Nwaguru
Terrell Unit, TDCJ No. 1593238
1300 F M. 655
Rosharon Texas 77583

(4)                         Pro-SE